UNITED STATES of America,
Plaintiff–Appellee,

v.

Demetrius Lashun **RICHARDSON**, a.k.a. Demectric LeShun Richardson, a.k.a. Meat, a.k.a. Ervin Earl, Defendant–Appellant.

No. 06–13539
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 19, 2007.

Arthur J. Madden, III, Madden & Soto, Mobile, AL, for Defendant–Appellant.

Leigh Lichty Pipkin, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Before WILSON, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Arthur J. Madden, III, appointed counsel for Demetrius Lashun Richardson, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Richardson's conviction and sentence are **AFFIRMED.**